UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARDELL ROBINSON | CIVIL ACTION |
| VERSUS | NO. 19-9915 |
| LISA – JANE DOE, ET AL. | SECTION "T"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Wardell Robinson's 42 U.S.C. § 1983 claims against the Plaquemines Parish Detention Center are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e as frivolous.

**IT IS FURTHER ORDERED** that defendant Patrick Egan's **Motion to Dismiss Pursuant to 12(b)(1) and 12(b)(6) (R. Doc. No. 18)** is **DENIED**.

New Orleans, Louisiana, this 17th day of December, 2019.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**