UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARDELL ROBINSON | CIVIL ACTION |
| VERSUS | NO. 19-9915 |
| LISA – JANE DOE, ET AL. | SECTION "T"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the Chief United States Magistrate Judge (R. Doc. 37), and the failure of any party to file an objection to the Chief Magistrate Judge's Partial Report and Recommendation (R. Doc. 39), hereby approves the Partial Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Wardell Robinson's 42 U.S.C. § 1983 claims against Annette Logsdon are **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

New Orleans, Louisiana, this __31st__ day of _____March_____, 2021.

*[signature]*
_____
**UNITED STATES DISTRICT JUDGE**