UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARDELL ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.   19-9915** |
| **LISA ANCALADE, ET AL** | **SECTION "T" (4)** |

## WITNESS AND EXHIBIT LIST OF DEFENDANT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Lisa Ancalade, who, in accordance with this Court's pre-trial procedures, submits the following list of witnesses and exhibits that will or may be used at the trial in these proceedings:

A.   List of Defendant's witnesses:

1. Lisa Ancalade-Fact witness regarding the factual basis of Plaintiff's claim
   16801 Hwy. 15
   Davant, LA   70046

2. Annette Logsdon, RN-Factual witness regarding treatment afforded to Plaintiff while incarcerated at the Plaquemines Parish Detention Center
   16801 Hwy. 15
   Davant, LA   70046

3. Patrick Egan-Testimony regarding the relationship between the Plaquemines Parish Sheriff's Office, Egan Medical and CorrectHealth Plaquemines, LLC
   16801 Hwy. 15
   Davant, LA   70046

4. Any witness listed by any other party

B.   List of Defendant's exhibits:

1. Excerpts of the medical records of Wardell Robinson

2. Inmate file of Wardell Robinson at the Plaquemines Parish Detention Center

3.      Any exhibit listed by any other party.

           Respectfully submitted,

           **MARTINY & ASSOCIATES, LLC**
           131 Airline Highway - Suite 201
           Metairie, Louisiana 70001
           Telephone:   (504) 834-7676
           Facsimile:   (504) 834-5409
           E-mail: danny@martinylaw.com
           E-mail: jeff@martinylaw.com

           */s/ Daniel R. Martiny*
           **DANIEL R. MARTINY (LA #9012)**
           **JEFFREY D. MARTINY (LA #35012)**
           **Attorneys for Defendant, Lisa Ancalade**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein. I also certify that I have this day forwarded a copy of same to Wardell Robinson, 37172-034, FCI Beaumont Medium, P.O. Box 26040, Beaumont, TX, 77720.

           */s/ Daniel R. Martiny*
           **DANIEL R. MARTINY**